# United States District Court

### _____Western_____ DISTRICT OF _____Texas_____

FILED

UNITED STATES OF AMERICA

V.

**Abraham LOPEZ**

SEP 22 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## CRIMINAL COMPLAINT

CASE NUMBER: 08-S160

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 18, 2008, in El Paso County, in the Western District of Texas the defendant(s) did fraudulently or knowingly export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States; to wit two (2) Romarm Cugir rifles, GPWASR 10-63, 7.62 x 39 mm caliber.

in violation of Title 18 United States Code, Section(s) 554

I further state that I am an U.S. Immigration and Customs Enforcement Special Agent and that this complaint is based on the following facts:

## See Attached Affidavit

Continued on the attached and made a part hereof:_____X_____ Yes _____ No

_____
Signature of Complainant
Jesus Lowenberg, Senior Special Agent

Sworn to before me and subscribed in my presence,

September 22, 2008
Date

at El Paso, Texas
City and State

Richard P. Mesa, U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

AFFADAVIT

On September 18, 2008, Immigration and Customs Enforcement (ICE) Agents and Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Agents conducted surveillance at a local gun store located in west El Paso, Texas. At approximately 1330 hours, a Hispanic male was observed leaving the gun store, place some boxes inside a white Hyundai hatchback bearing Texas registration S26-RFH, and drive off. The Hispanic male, later identified as Abraham LOPEZ, was followed until he eventually arrived at the Viva Mitsubishi located at 1145 Magruder St., El Paso, Texas. It was later discovered that LOPEZ was a "Sales Professional" at Viva Mitsubishi.

LOPEZ parked the white Hyundai inside the car dealership parking lot for approximately twenty-five (25) minutes before driving it to an isolated, unpaved lot located behind the RoomStore located at 1045 Magruder, El Paso, Texas. Immediately after parking the vehicle behind the RoomStore, LOPEZ was observed removing the firearms from the boxes and placing them back into the vehicle. The vehicle remained parked behind the RoomStore parking lot for approximately 45 minutes.

At approximately 1500 hours, LOPEZ drove the vehicle from the isolated, unpaved lot located behind the RoomStore back into the Viva Mitsubishi dealership where it remained parked until 1840 hours. From 1840 hours, until 1900 hours, LOPEZ drove the vehicle inside the car dealership's lot, parking it under the service canopy and eventually driving the vehicle back to the isolated, unpaved lot located behind the RoomStore. At this location surveillance agents observed LOPEZ wrapping items with dark colored plastic and carefully placing them inside the engine compartment of the white Hyundai.

At 1920 hours, LOPEZ drove out of the isolated, unpaved lot, eventually stopping at the Starbucks Coffee located at the intersection of Geronimo and Montana. During this stop LOPEZ was observed opening the vehicle's hood and adjusting the hidden items. From the Starbucks location LOPEZ was followed to the Union Fashion store located at the Cielo Vista Mall parking lot. LOPEZ entered Union Fashions and remained inside until approximately 1955 hours.

At approximately 2000 hours, LOPEZ was followed through the Cielo Vista Mall parking lot and eventually to the Bridge of Americas (southbound lanes) where the El Paso Police Department was conducting southbound inspections.

At the southbound inspection, ICE Special Agent Law obtained an oral declaration from LOPEZ. LOPEZ informed Special Agent Law that he was going home to Mexico and had nothing to declare and claimed to be the owner of the vehicle.

ICE Special Agent Lowenberg obtained a secondary oral declaration from LOPEZ. LOPEZ informed Special Agent Lowenberg that he was going home to Mexico and further stated that he was in route to school. LOPEZ further stated, when asked, that he did not have money in excess of $10,000.00. LOPEZ, while providing the monetary

declaration, just smiled and informed the ICE Agent that his employment was not one where he earned substantial amounts of money.

LOPEZ was then specifically asked if he was in possession of any firearms, ammunition, or explosives to which LOPEZ answered in the negative. LOPEZ was asked again if there were any firearms, ammunition, or explosives inside the vehicle or on his person. Again LOPEZ stated that he did not have any firearms, ammunition, or explosives located on his person or inside the vehicle and was not exporting any firearms into Mexico. LOPEZ was escorted to a secondary inspection area.

Inspection of LOPEZ's vehicle resulted in the discovery of two (2) AK-47 type rifles (Romarm, Cugir, CA WASR 10-63, 7.62 x 39mm) hidden in the engine compartment of the white Hyundai driven by LOPEZ. Also located in the engine compartment were four (4) AK-47 magazines and one (1) 50 caliber magazine. LOPEZ was handcuffed and escorted to the Bridge of the Americas Port of Entry office.

Before LOPEZ could be reminded of his Miranda rights by ICE Special Agent Lowenberg and ATF Special Agent Kushner, LOPEZ invoked his right to have legal counsel present. No interview was conducted.

While LOPEZ was being fingerprinted he informed ICE Special Agent Lowenberg that he had purchased the guns and they belonged to him. ICE Special Agent Lowenberg agreed and informed LOPEZ the crime committed was that he attempted to illegally export the firearms. LOPEZ nodded in the affirmative. Special Agent Lowenberg informed LOPEZ of the "Warning Signs", located on the roads leading into Mexico, informing the public not to export firearms. LOPEZ stated he has seen the "Warning Signs" and was aware of those signs. LOPEZ further stated that he did not see them on this date (September 18, 2008). LOPEZ was administratively processed and transported to the El Paso Detention Facility pending his Initial Appearance.

While conducting an inventory of LOPEZ's belongings, receipts from Collectors Gun Exchange were located inside his wallet. The receipts were for the purchase of two (2) AK-47 type rifles and a 50 caliber magazine dated September 18, 2008. The serial numbers on the receipt matched that of the firearms seized from LOPEZ on September 18, 2008. Additionally a receipt for two (2) DPMS A-15 rifles, dated September 15, 2008, was also located in LOPEZ's wallet. The latter receipt displayed the serial number of the rifles, the name Carlos GARCIA, and an address of 7812 Rodeo, El Paso, Texas. These firearms were not recovered.

ICE and ATF Special Agents conducted an interview with the residents of 7812 Rodeo, El Paso, Texas who informed the Special Agents that they (the residents) did not know who GARCIA was and that no one named Carlos GARCIA lived at the aforementioned address on September 15, 2008; the date of the receipt. ICE and ATF Special Agents then interviewed the neighbors of 7812 Rodeo, El Paso, Texas who also confirmed that no one named Carlos GARCIA has lived at 7812 Rodeo, El Paso, Texas.

Federal firearms regulations require that individuals exporting firearms from the United States obtain a license from the Department of State. Probable cause exists, due to the fact the firearms were hidden, that LOPEZ does not have a Department of State license allowing him to export firearms. License determination has been requested from Department of State and pending notification.

Additional interviews are anticipated.